JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICESS FLOYD, | ) Case No: 2:21-cv-09918-SHK |
| | ) |
| | ) [~~PROPOSED~~] JUDGMENT |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Having approved the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order of Remand.

DATE: ___8/22/2022___      _____

THE HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge

-1-